```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :
SHARON JOYNER,                                     :
                                                   :
                        Plaintiff,                 :
                                                   :        22 Civ. 2225 (JPC)
            -v-                                    :
                                                   :               ORDER
HAUTE BABY, INC.,                                  :
                                                   :
                        Defendant.                 :
                                                   :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on March 17, 2022. Dkt. 1. Defendant has not appeared in this action, and the docket does not reflect whether Defendant has been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

      Plaintiff is ordered to file a status letter by June 23, 2022, describing (1) whether service of the summons and Complaint has been made on Defendant, and (2) if service has not been effected on Defendant, whether Plaintiff requests an extension of time to serve Defendant. If Plaintiff requests an extension of time to effect service, he shall include in his letter an explanation of why there is good cause to excuse his failure to serve Defendant within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must

extend the time for service for an appropriate period."). If service of the summons and Complaint has been made on Defendant, Plaintiff must file proof of service on the docket no later than June 23, 2022.

    SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                         JOHN P. CRONAN
                                      United States District Judge