UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SHARON JOYNER,** Individually, and On Behalf of ALL Others Similarly Situated | § § § | CIVIL ACTION NO. 1:22-CV-2225 |
| *Plaintiffs* | § § | **MOTION FOR ADMISSION** |
| V. | § § | **PRO HAC VICE** |
| **PINK BASKET, LLC** | § § § | |
| *Defendant.* | § | |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Allison Miller-Mouer hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Pink Basket, LLC in the above-captioned action.

    I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 25, 2022

                                          Respectfully Submitted,

                                          MOUERHUSTON PLLC

                                          By: */s/ Allison Miller-Mouer*
                                                 Allison Miller-Mouer
                                                 State Bar No. 24043822
                                                 MOUERHUSTON PLLC
                                                 349 Heights Blvd.
                                                 Houston, TX 77007
                                                 Telephone (832) 209-8871
                                                 allison@mouerhuston.com
                                                 *Counsel for Defendant, Pink Basket, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2022, a true and correct copy of the foregoing was served on all counsel of record via email and the CM/ECF system.

                                              */s/ Allison Miller-Mouer*
                                              Allison Miller-Mouer

## AFFIDAVIT OF ALLISON MILLER-MOUER

**STATE OF TEXAS** §
§
**HARRIS COUNTY** §

Before me, the undersigned notary, on this day personally appeared Allison Miller-Mouer, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Allison Miller-Mouer. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney and a partner with MouerHuston PLLC. I am licensed to practice before all the courts of the State of Texas and the United Stated District Court for the Southern District of Texas.

3. I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court."

Further Affiant sayeth not.

_____
Allison J. Miller-Mouer

Sworn to and subscribed before me on August 24, 2022



_Linda F. Peeples_, Notary Public Online
Notary Public in and for
the State of Texas

LINDA F PEEPLES
Notary ID #132579084
My Commission Expires
July 21, 2024

Produced __TX Driver License__ as identification along with multi-factor KBA authentication.

This notarial act was an online notarization via two-way webcam and audiovisual technology.