UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SHARON JOYNER,** Individually, and On Behalf of ALL Others Similarly Situated | § § § | CIVIL ACTION NO. 1:22-CV-2225 |
| *Plaintiffs* | § § | **ORDER FOR ADMISSION** |
| V. | § § | **PRO HAC VICE** |
| **PINK BASKET, LLC** | § § § | |
| *Defendant.* | § | |

The motion of Allison Miller-Mouer, for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the State of Texas; and that her contact information is as follows:

**Applicant's Name:** Allison Miller-Mouer
**Firm Name:** MouerHuston PLLC
**Address**: 349 Heights Boulevard
Houston, Texas 77007
**Telephone/Fax:** 832-209-8871 and 832-209-8158

Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for Pink Basket, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:

_____
Honorable John P. Cronan

1