UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SHARON JOYNER,** Individually, and On Behalf of ALL Others Similarly Situated | § § § | CIVIL ACTION NO. 1:22-CV-2225 |
| *Plaintiffs* | § § | **MOTION FOR ADMISSION** |
| V. | § § | **PRO HAC VICE** |
| **PINK BASKET, LLC** | § § § | |
| *Defendant.* | § § | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Allison Miller-Mouer hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Pink Basket, LLC in the above-captioned action.

I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 29, 2022

                                                   Respectfully Submitted,

                                                 MOUERHUSTON PLLC

                                                 By: */s/ Allison Miller-Mouer*
                                                       Allison Miller-Mouer
                                                       State Bar No. 24043822
                                                       MOUERHUSTON PLLC
                                                       349 Heights Blvd.
                                                       Houston, TX 77007
                                                       Telephone (832) 209-8871
                                                       allison@mouerhuston.com
                                                       *Counsel for Defendant, Pink Basket, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2022, a true and correct copy of the foregoing was served on all counsel of record via email and the CM/ECF system.

/s/ Allison Miller-Mouer
Allison Miller-Mouer