UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SHARON JOYNER,** Individually, and On Behalf of ALL Others Similarly Situated | § § § | CIVIL ACTION NO. 1:22-CV-2225 |
| *Plaintiffs* | § § § § § | **AFFIDAVIT OF ALLISON MILLER-MOUER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| **V.** | § § | |
| **PINK BASKET, LLC** | § § § | |
| *Defendant.* | § | |

### AFFIDAVIT OF ALLISON MILLER-MOUER

I, Allison Miller-Mouer, hereby affirm the following is true and correct:

1. My name is Allison Miller-Mouer. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney and a partner with MouerHuston PLLC. I am licensed to practice before all the courts of the State of Texas and the United Stated District Court for the Southern District of Texas.

3. I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the information I have provided is true and correct.

Executed on this 29th day of August 2022.

Allison Miller-Mouer who produced Texas drivers license as identification

By: _____
Allison Miller-Mouer
MouerHuston PLLC
349 Heights Blvd.
Houston, TX 77007
Telephone (832) 209-8871
allison@mouerhuston.com

Sworn to and subscribed before me on this 29th day of August, 2022.



Notary Public in and for
the State of Texas
Remote Online Notary Public
State of Texas, Jefferson County

ECHANDA MANETTE GOODMAN
Notary ID #132642149
My Commission Expires
August 25, 2024

KBA online using audio video communication

2

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Allison Jeanne Miller-Mouer**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 2004.

I further certify that the records of this office show that, as of this date

**Allison Jeanne Miller-Mouer**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 22th day of August, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0348C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.