

349 Heights Blvd.
Houston, Texas  77007

Allison J. Miller-Mouer
(832) 209-8871
allison@mouerhuston.com

September 5, 2022

<u>*Via email and ECF (CronanNYSDChambers@nysd.uscourts.gov)*</u>

The Honorable John P. Cronan
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

    Re:   Sharon Joyner et al v. Pink Basket, LLC – Civil Action No.: 1:22-CV-2225

Dear Judge Cronan:

    Our firm represents Defendant, Pink Basket LLC, in the above-reference matter. In accordance with the Court's practice rules, this letter motion requests an additional extension of Defendant's deadline to file its responsive pleading from September 6, 2022 to October 6, 2022.

    I have conferred with Plaintiff's counsel and Plaintiff consents to this additional extension. This extension is sought to allow the parties additional time to discuss and hopefully finalize the terms of a potential resolution; this extension is not sought for the purpose of delay.

    Defendant respectfully requests that the requested extension be granted.

The request is granted.  Defendant shall respond to
Plaintiff's Complaint on or before October 6, 2022.

SO ORDERED.

Date:  September 6, 2022
New York, NY

_____
JOHN P. CRONAN
United States District Judge

Sincerely,

*Allison J. Miller-Mouer*

Allison J. Miller-Mouer

cc: Mr. William Downes, *counsel for Plaintiff*        wdownes@mizrahikroub.com