```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SHARON JOYNER,                                                   :
                                                                 :
                        Plaintiff,                               :
                                                                 :      22 Civ. 2225 (JPC)
                -v-                                              :
                                                                 :             ORDER
PINK BASKET LLC,                                                 :
                                                                 :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 9, 2022, the Court adjourned Defendant's deadline to respond to the Amended Complaint to November 29, 2022. Dkt. 25. The Court noted that "absent extraordinary circumstances, no further adjournments of Defendant's deadline to respond to the Amended Complaint will be granted." *Id.* That deadline has passed, and the docket does not reflect a response to the Amended Complaint from Defendant. Accordingly, Plaintiff shall seek a certificate of default against Defendant by December 16, 2022.

    SO ORDERED.

Dated: December 12, 2022
       New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge