UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

SHARON JOYNER, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

PINK BASKET LLC,

                    Defendant.

---------------------------------------x

Case No.: 1:22-cv-02225-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Sharon Joyner hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Pink Basket LLC

DATED: January 9, 2023

**MIZRAHI KROUB LLP**

      /s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

January 10, 2023
New York, New York

*/s/ John P. Cronan*
JOHN P. CRONAN
United States District Judge